# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DARRIN NUMBERS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) NO. 3:18-cv-00912 |
| ROBERT SNYDER, et al., | ) |
| Defendants. | ) |

## ORDER

Plaintiffs Chelsey Greiner and Joseph Greiner filed a notice of voluntary dismissal (Doc. No. 77) advising the Court that they reached a settlement of this matter with Defendants. Accordingly, Chelsey Greiner's and Joseph Greiner's claims against Defendants (see Doc. No. 1), including Chelsey Greiner's FLSA claim and their state law and federal securities claims, are **DISMISSED WITH PREJUDICE**.

All four Plaintiffs have also filed a notice of voluntary dismissal of their securities claims pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. No. 75.) Accordingly, Plaintiffs Darrin Numbers and Jude Wilder-Roberts' securities claims (Counts VII, VIII, IX, and X) are **DISMISSED WITHOUT PREJUDICE**. For the reasons stated above, Plaintiffs' notice of voluntary dismissal (Doc. No. 75) is moot as it pertains to Chelsey and Joseph Greiner.

Given Plaintiffs' voluntarily dismissal of their federal claims, the Court would not have subject matter jurisdiction over Numbers and Wilder-Robert's state law claims even if the Pretrial Order was amended to allow those claims to proceed. Thus, the remaining Plaintiffs' state law claims (Counts I, II, III, IV, V, and VI) are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. Accordingly, Plaintiffs' Motion to Strike Their Motion to Amend

Pretrial Order (Doc. No. 76) is **GRANTED**, and Plaintiffs' Motion to Amend Pretrial Order (Doc. No. 73) is **DENIED AS MOOT**.

Because all of Plaintiffs' claims have been dismissed, the March 19, 2020 trial is **CANCELLED** and the parties are no longer required to submit supplemental briefing by March 13, 2020 (see Doc. No. 72). This is a final order. The Clerk of Court shall enter judgment pursuant to Federal Rule of Civil Procedure 58 and close the case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE